**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RICARDO VARELA, *on behalf of himself and those similarly situated*, | Civil Action No. 18-17196 (SDW) (LDW) |
| Plaintiff, | |
| v. | **ORDER** |
| PEE DEE MEDICAL COLLECTION SERVICES, MCLEOD HEALTH, and JOHN DOES 1 TO 10, | |
| Defendants. | May 21, 2019 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Leda Dunn Wettre's ("Judge Wettre") Report and Recommendation ("R&R"), dated May 6, 2019, which recommends that Defendants Pee Dee Medical Collection Services and McLeod Health's (collectively, "Defendants") Motion to Dismiss (ECF No. 12) be denied. No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (ECF No. 24) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

s/ Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:      Parties
         Magistrate Judge Wettre